

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| CAROLINA TOBACCO COMPANY, | ) | Appeal No. 06-1170-KI |
| | ) | *(Bankruptcy Case No.: 05-34156-elp11)* |
| Debtor, | ) | |
| | ) | Chapter 11 |
| Settling States,[1] | ) | |
| | ) | JUDGMENT |
| Appellant and Cross-Appellee, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolina Tobacco Company, | ) | |
| | ) | |
| Appellee and Cross-Appellant. | ) | |
| | ) | |

CLERK, U.S BANKRUPTCY COURT
DISTRICT OF OREGON

**MAY 2₂ 2007**

LODGED_____ REC'D_____
PAID_____ DOCKETED_____

---

[1]The "Settling States" refers to those states that entered into the tobacco Master Settlement Agreement in 1998. The term includes all of the United States except for Florida, Minnesota, Mississippi, and Texas (which settled their litigation with the tobacco industry separately), and six other jurisdictions - American Samoa, the District of Columbia, Guam, the Northern Mariana Islands, Puerto Rico, and the Virgin Islands. While Carolina is not currently selling its cigarettes in all of the Settling States, certain of the terms of its plan as originally proposed (and as requested in its cross-appeal) would affect all of those states and they have, accordingly, all joined the appeal.

Page 1 - JUDGMENT

Tara J. Schleicher
Peter C. McKittrick
Farleigh Witt
121 SW Morrison, Suite 600
Portland, Oregon 97204

    Attorneys for Carolina Tobacco Company

Samuel R. Maizel
Pamela E. Singer
Pachulski Stang Ziehl Young Jones
    & Weintraub LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500

Karen Cordry
National Association of Attorneys General
750 First Street, NE, Suite 1100
Washington, D.C. 20002

    Attorneys for Settling States

KING, Judge:

IT IS HEREBY ORDERED AND ADJUDGED that the bankruptcy court's Order

Confirming Third Amended Plan of Reorganization Dated October 18, 2005 (As Modified

February 24, 2006) is affirmed. The appeal filed by the States and the cross-appeal filed by

Carolina Tobacco Company are dismissed.

Dated this _____ **2 2 ⁻ᵈ** day of May, 2007.

_____
Garr M. King
United States District Judge

Page 2 - JUDGMENT