**12/8/2009**
10:00 AM
1TEL

■ 05-34156  elp  11

**TUESDAY**
**Carolina Tobacco Company**

**Judge Elizabeth L Perris**

**Continued Status Conference**
Carolina Tobacco Company - db

PAUL G DODDS
PETER C McKITTRICK
KATHRYN P SALYER
TARA J SCHLEICHER

Evidentiary Hearing:   Yes: ☐  No: ☐

There are now disputes re a $4.8M credit related to the Hop settlement.

No allocable share releases ~ $4.8M. Mo willing to do another allocable share release for 2009. If can't resolve need to talk about whether settlement needs to be revoked for mistake of fact.

Get Judge Dunn to set 1/2 day pm settlement conference. Cont to 2/2/10 10AM. Meet me.

_____ to prepare order.

DOCKET ENTRY: