1 Tara J. Schleicher, OSB #95402
  TSchleicher@fwwlaw.com
2 Kathryn P. Salyer, OSB #883017
  KSalyer@fwwlaw.com
3 Farleigh Wada Witt
  121 SW Morrison Street, Suite 600
4 Portland, Oregon 97204-3136
  Telephone: (503) 228-6044
5
       Attorneys for Debtor
6

7

8           IN THE UNITED STATES BANKRUPTCY COURT

9              FOR THE DISTRICT OF OREGON

| 10 | In re | Case No. 05-34156-elp11 |
|---|---|---|
| 11 | Carolina Tobacco Company, | NOTICE OF HEARING ON CAROLINA TOBACCO COMPANY'S |
| 12 | Debtor. | PRECAUTIONARY MOTION TO SELL PRODUCT OUT OF BONDED WAREHOUSE |
| 13 |  | TO OVERSEAS CUSTOMERS |

14

15        YOU ARE NOTIFIED THAT a hearing to consider and act upon on Carolina

16 Tobacco Company's Motion to Sell Product out of two Foreign Trade Zone bonded warehouses

17 to Overseas Customers (Docket No. 942), filed on July 16, 2010, will be held as follows:

18        **HEARING DATE:**  Friday, August 6, 2010

19        **HEARING TIME:**  1:30 p.m.

20        **LOCATION:**      "Meet Me" Hearing Line
                             (503) 326-6337, ID No. 111#
21
          Dated: July 23, 2010.
22
                                    FARLEIGH WADA WITT
23

24
                                    By: /s/ Tara J Schleicher
25                                      Tara J. Schleicher, OSB #954021
                                        TSchleicher@fwwlaw.com
26                                      Telephone:  (503) 228-6044
                                        Of Attorneys for Debtor

**Page 1 of 1** - NOTICE OF HEARING
H:\Client\Ctc\71525\Hearing-not17.doc

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2010, I served a true copy of the foregoing **NOTICE OF HEARING ON CAROLINA TOBACCO COMPANY'S PRECAUTIONARY MOTION TO SELL PRODUCT OUT OF BONDED WAREHOUSE TO OVERSEAS CUSTOMERS** on the following individuals by electronic notification through ECF or mailing a true copy thereof to the individuals at the addresses listed below by first class mail, deposited with the U.S. Post Office, Portland, Oregon:

| | |
|---|---|
| Vivienne Popperl<br>United States Trustee<br>620 SW Main St., Suite 213<br>Portland, OR 97205<br>**Electronic Notification** | Carolina Tobacco Company<br>David Redmond<br>5620 SW Dover Lane<br>Portland, OR 97225<br>**First Class Mail** |
| Samuel R. Maizel<br>Pachulski Stang Ziehl Young Jones & Weintraub<br>10100 Santa Monica Boulevard<br>11th Floor<br>Los Angeles, CA 90067-4100<br>**First Class Mail**<br>Attorneys for States | Pamela Singer<br>Pachulski Stang Ziehl Young Jones & Weintraub<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4500<br>**Electronic Notification**<br>Attorneys for States |
| Missouri Dept. of Revenue<br>Bankruptcy Unit<br>Attn: James R. Morris<br>PO Box 475<br>Jefferson City, MO 65105-0475<br>**First Class Mail** | Wayne Stenehjem<br>North Dakota Attorney General<br>600 E. Boulevard Avenue<br>Bismarck, ND 58505<br>**First Class Mail** |
| David Criswell<br>Brad T. Summers<br>Ball Janik LLP<br>101 SW Main Street, Suite 1100<br>Portland, OR 97204-3219<br>**Electronic Notification**<br>Attorney for House of Prince | Jonathan M. Weis<br>Levin Ginsburg<br>180 N. LaSalle St., Suite 3200<br>Chicago, IL 60601-2800<br>**First Class Mail**<br>Attorney for House of Prince |
| Karen Cordry<br>National Assn. of Attorneys General<br>2030 M St., NW, 8th Floor,<br>Washington, DC 20036<br>KCORDRY@NAAG.ORG<br>**First Class Mail and Email**<br>Attorney for States | Susan Walker<br>Ohio Attorney General's Office<br>30 E. Broad Street, 16th Floor<br>Columbus, OH 43125<br>**First Class Mail** |

Page 1 of 2 – CERTIFICATE OF SERVICE
H:\Client\Ctc\71525\SERVICE\COS-MainCase - Hrg Notice Mot to Sell.doc

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

| | | |
|---|---|---|
| 1 | Paul Dodds<br>Brownstein Rask | The State of Idaho<br>Brett DeLange, Esq. |
| 2 | 1200 SW Main Street<br>Portland, OR 97205 | Office of the Attorney General<br>PO Box 83720 |
| 3 | **First Class Mail** | Boise, ID 83720<br>**First Class Mail** |
| 4 | | |
| 5 | Kelley Blaine<br>Special Assistant US Attorney | John S. Dalporto<br>Senior Assistant Attorney General |
| 6 | 620 SW Main Street, Suite 312<br>Portland, OR 97205 | West Virginia State Tax Dept.<br>State Capitol Complex |
| 7 | **Electronic Notification** | Building 1, Room W-435<br>Charleston, WV 25305 |
| 8 | | **First Class Mail** |
| 9 | Robert L. Carlton<br>Sussman Shank, LLP | |
| 10 | 1000 SW Broadway, Ste 1400<br>Portland, OR 97205 | |
| 11 | **Electronic Notification** | |
| 12 | Dated: July 23, 2010. | |
| 13 | | FARLEIGH WADA WITT |
| 14 | | |
| 15 | | By: /s/ Tara J. Schleicher<br>Tara J. Schleicher, OSB #954021<br>TSchleicher@fwwlaw.com |
| 16 | | Kathryn P. Salyer, OSB #883017<br>KSalyer@fwwlaw.com |
| 17 | | Phone: (503) 228-6044; Fax: (503) 228-1741<br>Of Attorneys for Carolina Tobacco Company |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

Page 2 of 2 – CERTIFICATE OF SERVICE
H:\Client\Ctc\71525\SERVICE\COS-MainCase - Hrg Notice Mot to Sell.doc

*FARLEIGH WADA WITT*
Attorneys at Law
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741