NOHIH (6/17/09) cas

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

In re
**Carolina Tobacco Company**
Debtor(s)

) Case No. **05−34156−elp11**
)
)
) NOTICE OF HEARING
)
)
)

November 26, 2010

Clerk, U.S. Bankruptcy Court

BY **cas** DEPUTY

**PLEASE TAKE NOTICE** that a Rescheduled Hearing, at which testimony will be received if offered and admissible, will be held:

**DATE:** 2/8/11    **TIME:** 09:30 AM

**LOCATION:** US Bankruptcy Court, Courtroom #1, 1001 SW 5th Ave, 7th Floor, Portland, OR 97204

to consider and act upon the following:

Motion For Contempt re "Extension Order" and Supporting Document(s). Filed by Creditor States (SINGER, PAMELA)

NOTE: THIS HEARING HAS BEEN RESCHEDULED FROM 12/8/10 TO THE ABOVE STATED DATE AND TIME .

Clerk, U.S. Bankruptcy Court